### PETER NELSON, V. THOMAS J. QUAIL, MAYOR.

MAYOR CANNOT EXTEND TIME FOR BILL OF EXCEPTIONS.

A mayor has no authority to sign and allow a bill of exceptions after final judgment and the overruling of a motion for a new trial.

ERROR to the Court of Common pleas of Cuyahoga county.

HALE J.

The judgment of the court of common pleas is affirmed.

We have found no statute conferring authority upon the mayor to sign and allow a bill of exceptions after final judgment and the overruling of the motion for a new trial.

And, in thus holding, we follow the case of Bradner (Village) v. Grundetisch, 8 Circ. Dec., 122.

*Edmond Hitchens*, for plaintiff in error.

*A. V. Taylor* and *W. B. Wheeler*, for defendant in error.